ROBERT M. BEECHER
ATTORNEY AND COUNSELLOR AT LAW
67 WALL STREET - SUITE 2211
NEW YORK, NY 10005
1-(212) 709-8367

AFTER HOURS
1-(212) 742-9779

FAX: 1-(908) 771-0095
PAGER: 1-(888) 477-1256

Hon. John Gleeson,
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

BY FACSIMILE 718-260-4506

September 6, 2005

RE: <u>United States v. Ronald Mayo (Magalina Mayo)</u>
05 Cr. 043 (S-2) (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 14 2005 ★
BROOKLYN OFFICE

Granted.

So ordered
s/John Gleeson
USDJ
9/14/05

Dear Judge Gleeson,

My client, Magalina Mayo, currently subject to pre-trial services supervision pursuant to Magistrate Judge Mann's order dated April 4, 2005, is seeking a modification of her bond conditions so that she may travel outside the district in order to attend a family reunion in Connecticut this coming weekend — September 10-11 and another family function September 17-18 in Washington, D.C.

I have spoken with the assigned AUSA, Lee Freedman, (718-254-6289), as well as the Pretrial Services Officer, Anna Chu, (718-260-2346) who have no objections to this modification.

Your order endorsement of this letter modifying this condition as set forth above is appreciated.

Very truly yours,

Robert M. Beecher
Attorney for Magalina Mayo

cc. AUSA Lee J. Freedman
PTS Anna Chu