UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

MAGALINA MAYO,

Defendant.
--------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Oct 11 2005 ★
BROOKLYN OFFICE

Indictment No.
05 Cr. 043(S-2)(JG)

ORDER PURSUANT TO
18 U.S.C. §§4241

Upon the application, of the defendant MAGALINA MAYO, by her attorney Robert M. Beecher, Esq., and based upon all prior proceedings herein and a finding that a psychiatric or psychological examination of the defendant and report of the findings of such examination is necessary to provide the court with sufficient information to determine whether the defendant is competent to stand trial or to waive her constitutional rights and to plead to charges against her, and that the interests of justice would be served thereby, it is hereby:

1) ORDERED that pursuant to 18 U.S.C. §§4241 and 4247, Sanford L. Drob, PhD. a clinical and forensic psychologist with offices at 26 Court Street, Suite 1214, Brooklyn, NY. 11242-112 Tel. 718-783-1769 shall make arrangements necessary for the conduct of such psychiatric or psychological examination of the defendant, MAGALINA MAYO.

AND IT IS FURTHER:

2) ORDERED that a report of such examination be prepared within sixty (60) days of the date of this order and filed with the court with copies provided to counsel for the defendant, Robert M. Beecher, Esq., 15 Barberry Lane, New Providence, NJ 07974. and to Assistant United States Attorney Lee J. Freedman, 147 Pierrepont Street, Brooklyn, NY 11201.

DATED:

Brooklyn, NY

ENTER:

s/John Gleeson
UNITED STATES DISTRICT JUDGE